THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SANTOS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of possessing policy slips in violation of sections 974 and 975 of the Penal Law, and order denying motion to dismiss the information or to set aside the conviction and grant a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JOHN YENI, Appellant.— Judgment of conviction of the defendant of the crime of rape in the second degree in the Queens County Court, orders denying motions to dismiss the indictment and order denying motion to set aside the verdict, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAMSBURGH SAVINGS BANK, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order denying defendants' motion to supersede and quash a writ of certiorari to review tax assessments on the ground that section 290 of the Tax Law and section 906 of the Greater New York Charter contemplate a review of only a single assessment in one proceeding, and for other and alternative relief, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.